IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
                                Plaintiff,     05-CV-414S
    -vs-

James R.J. Ivon, Amy D. Ivon
a/k/a Amy D. Rychrowski, et al.
                         Defendants.
_____

## ORDER FOR AMENDMENT OF THE CAPTION TO DISMISS DEFENDANTS, JOHN DOE, MARY ROE AND XYZ CORPORATION

This matter having come on for hearing on September 20, 2005, upon the United States' Motion for Judgment of Foreclosure and Sale and for Amendment of the caption by dropping the defendants, "John Doe, Mary Roe and XYZ Corporation" from the caption of this action as it has been determined that there are no tenants or occupants residing at the premises at issue.

Now pursuant to Rule 15 of the Rules of Civil Procedure it is hereby ordered that the caption be amended by dropping the John Doe, Mary Roe and XYZ Corporation defendants from the caption of this action.

**SO ORDERED**

**Dated: Buffalo, New York, October 15, 2005.**

                                          **/s/William M. Skretny**
                                          **Honorable William M. Skretny**
                                          **United States District Judge**